478 A.2d 57

Commonwealth v. Jackson, Appellant.

Submitted March 19, 1984. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and ROWLEY and BECK, JJ.

Judgment of sentence affirmed.